AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No. 1084 2:19-03095M- 001 |
| Daisy Cristina Medrano-Perez ) | |
| *Defendant* ) | |

— No bond —
## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay) Daisy Christina Medrano-Perez., who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

The defendant was arrested in Weld County, Colorado, on new offenses involving illicit substances.

Date: 10/22/2019

*Issuing Officer's Signature*

City and state: Las Cruces, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on ( date ) _____, and the person was arrested on ( date ) _____ at ( city and state ) _____. |
| Date: _____ _____ *Arresting officer's signature* _____ *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only**

PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs Daisy Cristina Medrano-Perez            Docket No. 2:19-03095M-001.

CERTIFIED a True Copy of the original filed in the Office of the Clerk
By _____ Deputy

**Petition for Action on Conditions of Pretrial Release**

COMES NOW **Monica J. Hoyle** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Daisy Cristina Medrano-Perez** who was placed under pretrial release supervision by the **Honorable Gregory B. Wormuth, United States Magistrate Judge,** sitting in the court at **Las Cruces New Mexico**, on September 17, 2019, with conditions which included the following:

(1)- "The defendant must not violate federal, state, or local law while on release."

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On October 15, 2019, the defendant's mother called to advise the undersigned officer that the defendant was arrested. The undersigned officer contacted USPO Becker, to gain more information. USPO Becker advised the defendant was arrested on an outstanding warrant for Criminal Mischief, Weld County Colorado, dated October 24, 2018, which occurred before her arrest in the federal case. Upon further research, USPO Becker found the defendant was also arrested on October 15, 2019, by the Weld County Sherriff's Office in Colorado on new charges Possession of a Schedule I/II Controlled Substance, Careless Driving, and Driving Under Restraint, Weld County District Court, Greely, Colorado, Case No: 19CR2645. On October 19, 2019, the defendant bonded out of custody. A police report was requested but has not been received.

**PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2019

_____
Monica J. Hoyle
United States Probation Officer

**Place: Las Cruces, New Mexico**